# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

DONALD HARTMAN, Register No. 534307,    )
                                           )
                     Plaintiff,      )
                                           )
                v.               )       No. 06-4115-CV-C-NKL
                                         )
LEON VICKERS, et al.,          )
                                         )
                   Defendants.    )

## ORDER

On July 25, 2006, the United States Magistrate Judge recommended that plaintiff's motion for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's July 25, 2006 Report and Recommendation is adopted [9]. It is further

ORDERED that plaintiff's motion for preliminary injunctive relief is denied [4].


/s/

NANETTE K. LAUGHREY
United States District Judge


Dated: August 28, 2006
Jefferson City, Missouri