IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DONALD HARTMAN, Register No. 534307, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4115-CV-C-NKL |
| ) | |
| LEON VICKERS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On September 25, 2006, plaintiff filed a motion to dismiss his claims voluntarily. Defendants filed a consent to dismissal, without prejudice, on September 26, 2006. Accordingly, pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, without prejudice. [38]

/s/ Nanette Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: 10-5-06
Jefferson City, Missouri